Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

FILED
JUN 27 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

| | |
|---|---|
| Moorish National Republic<br>Joseph Johnson-Bey #06143<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>THE STATE OF TENNESSEE<br>Thomas Leith<br>James M. Lammey<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. C19-3762  LB<br>*(to be filled in by the Clerk's Office)*<br><br>(99) IFP<br>NP |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Joseph Johnson-Bey #06143 |
   | Street Address | in care of: 7776 Birdwood Drive |
   | City and County | Memphis Territory, Shelby County |
   | State and Zip Code | near Tennessee Republic [ 38125 ] - Non Domestic |
   | Telephone Number | (202) 981-9469 |
   | E-mail Address | |

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | James M. Lammey |
| Job or Title *(if known)* | Actor/ Bar member |
| Street Address | 201 Poplar Avenue, Suite 519 |
| City and County | Memphis, Shelby |
| State and Zip Code | TN, [38103] |
| Telephone Number | (901) 222-3211 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Thomas Leith |
| Job or Title *(if known)* | Actor/ Bar member |
| Street Address | 201 Poplar Avenue, Memphis, TN |
| City and County | Memphis, Shelby |
| State and Zip Code | TN, [38103] |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Treaty Law - Article III Jurisdiction - Violation of Unalieanable Rights.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* Joseph Johnson Bey, is a citizen of the State of *(name)* Tennessee Republic.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* Moorish National Republic, is incorporated under the laws of the State of *(name)* Tennessee Republic, and has its principal place of business in the State of *(name)* Tennessee Republic.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* James M. Lammey, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

The defendant, *(name)* THE STATE OF TENESSEE , is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

( See Attachment ) - Affidavit of Facts

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

( See Attachment ) - Affidavit of Facts

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

( See Attachment ) - Affidavit of Facts

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

( See Attachment ) - Affidavit of Facts

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

(See Attachment) - Afiidavit of Facts

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Immediate remedy and with like force instruct all Defendants and their agents to honour the full Diplomatic Immunity of the Moorish National Republic and its Heirs.

Further, We demand that the Federal Employer number 06143 be added to the National database and International Communications so as to allow Diplomatic passage.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06-18-2019

Signature of Plaintiff: *[signature]* U.C.C 1-308

Printed Name of Plaintiff: Joseph Johnson-Bey #06143

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____



## IN THE UNITED STATES DISTRICT COURT OF CALIFORNIA

### AFFIDAVIT OF FACT

| | |
|---|---|
| Moorish National Republic<br>Joseph Johnson-Bey #06143,<br><br>Plaintiff,<br>In Propria Persona , Sui Juris Heir<br>Strictly Not Pro'Se<br><br>v.<br><br>THE STATE OF TENNESSEE, et al<br>James M. Lammey<br>Thomas Leith<br>  Defendants, | Case No.: 19000495, C1809547,<br>C1809546, 1872642<br><br>**Request for Arrest of a State Actor, Injunctive Relief, and Estoppel**<br><br>Date Action filed: |

### NATURE OF THE CASE

**WHEREAS,** "THE STATE OF TENNESSEE", SHELBY COUNTY SHERIFF'S OFFICE, MEMPHIS POLICE DEPARTMENT State Actors, James M. Lammey and Thomas Leith are knowingly or unknowingly in collusion in denationalize of Al Moroccan Nationals with Moorish lineage as evidenced by Suit(s) / Summons / Bill(s) of Exchange Instrument(s) Number # (s): **C1809547,C1809546,19000495,1872642** whereby the corporate agencies have removed my title of Nobility and Nationality by labeling me as "**BLACK**" which is considered Libel and Slander and Defamation of Character. My Status is on the Public Record at the Shelby County Recorder Book 18076719 reflecting an Allodial American National, Free White Person protected by Treaty provisions, and as a result the "**THE STATE OF TENNESSEE**". is construed as a Foreign entity with its legislative policies notwithstanding. (**Treaty Attached – See Exhibit A**).

Furthermore I was placed under the artificial entity/ legal fiction/ 14th amendment corporate person, Ex Relatione **JOSEPH LEROY JOHNSON**© an Ens Legis ESTATE which was not consented or contracted with or anyone given permission to act as EXECUTOR OF OFFICE. I am the first lien Holder of the Ens Legis's collateral(s) and asset(s) and have entered my status/ standing into the public record for the world to see my Reservation of Rights as evidenced **(See Exhibit B).**

This lack of respect for an Allodial American National protected by a Sovereign Nation State is unacceptable pursuant to the "**Act of State**" doctrine of my nation and as such I wish for this Court to construe the Facts liberally, accept them as true and instruct the "THE STATE OF TENNESSEE" and its agents that they lack jurisdiction to prosecute me in the pending SHELBY COUNTY cases **C1809547,C1809546,19000495,1872642** for want of jurisdiction or each individual in both their public and private capacity are demanded to face charges for violation of **The United States Codes of Law – Title 18, Chapter 13, Sections 241 & 242 & Title 18 Sections 1001** (See **EXHIBIT C**)

**Pursuant to Sections 90.201, 90.202 and 90.203**, Tennessee Statutes, The Al Moroccan Government through its Consular General Office demanded the "THE STATE OF TENNESSEE" to take judicial notice of the following Decisional, Constitutional, and Public statutory law and resolutions of the Tennessee Legislature and the Congress of the United States. (Fla. Stat. 90.201- Matters which must be Judicially Noticed), Exhibits attached:

**Pursuant to Tennessee Statues 90.202 (7-** Laws of foreign nations and of an organization of nations, The judicial power may **not** apply a statute to intrude upon a constitutional prerogative and obligation to Treaty Law. The Treaty being referred here is noted and prided as the longest running

1

Treaty in History of this nation. **(Treaty of Peace and Friendship 1787 & 1836 (See Exhibit A) Treaties in Force 2019 - United States Department of State.**

The State Actor James M. Lammey, **a** Bar Member is acting as a Judge in a judicial capacity for t "The State of Tennessee's" Criminal/Civil court which is **not** mentioned in the Tennessee Constitution and is therefore without any lawful delegation of authority to assume both personal and subject matter jurisdiction. The State of Tennessee et al have persisted to violate my Unalienable Birthright, Natural rights, Nationality and Lawful Status secured by the supreme law of the land. The State of Tennessee ignored all documents presented with the intention of clearing up errors regarding Status, Identity, Administrative Errors and breaches of oaths by officers of the court **(See EXHIBIT E)** for the State Actor's perusal to construe and to make a Good Faith decision. The defendants ignored the evidence and chose to act in Bad Faith which is synonymous with Fraud.

Therefore, the State Actor James M. Lammey, the clerk of court, Heidi Kuhn have no right to supersede their limited, inferior jurisdiction; nor do they possess the lawful right to deny due process to me the Affiant.

**WHEREAS,** State Actor James M. Lammey, his clerk Heidi Kuhn the prosecuting attorneys, To was notified numerous times of their collusion efforts to breach and violate Constitutionally protected rights as evidenced herein by case records. By their actions taken on Shelby County court record, it seems they are intending to further create injury to my natural person by threatening an arrest of my Body even after knowing that jurisdiction was not established before proceeding or at any point throughout. I canceled the defacto adhesive contractual arrangements with "THE STATE OF TENNESSEE." and its agencies voluntarily, I am not a U.S. Citizen (which is considered an Enemy of the State) and now lawfully possess an Al Moroccan Nationality/ Travel Card Issued by my State **(See EXHIBIT F). See Morris v. Gilmer,** 129 U.S. 315, 326-327 (1889). Once a judge has knowledge that subject matter jurisdiction is lacking, he has no discretion but to dismiss the action, and failure to do so subjects the judge to personal liability.

**WHEREAS,** "Officers of the court have no immunity, when violating a Constitutional right, from liability. For they are deemed to know the law." **(Owen v. Independence, 100 S.C.T. 1398, 445 US 622; Maine vs. Thiboutot, 100 S. Ct. 2502;** and **Hafer vs. Melo, 502 U.S. 21**; officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America. **See: Title 42 U.S.C. Sec. 1983.**

According to LAW, when the question of **Jurisdiction** is placed before **ANY** court, it must be physically produced. A Judge/ Court cannot satisfy it by mere want. **Industrial Addition Association v. C.I.R., 323 US 310, 313. Also See: Griffin v. Matthews, 310 F supra 341, 342 (1969).** The STATE OF CALIFORNIA INC. cannot produce for the record any instruments issued under its quasi so called authority showing a contract with the 14th Amendment citizen known to them as **"JOSEPH LEROY JHONSON©"** that they wish to use as a cover from liability to violate my rights.

**THEREFORE,** the Arrest Warrant herein attached for the State Actor(s) should be honored under Constitutional provisions and I demand that the United States Marshal Services execute said Warrants per their Constitutional Oath to defend against all enemies foreign and domestic.

2

## JURISDICTION

United States Republic, (De Jure.) Constitution 1791, Treaties, Article III, Section 2; Article VI; International Law; Rights of Indigenous Peoples – General Assembly. **California State Republic 06143**

<u>United States Supreme Court Decisions - Stare Decisis:</u>
(Original Jurisdiction - Substantive Rights)
**Obligations of State Courts:**

**The United States Supreme Court:** *State courts, like federal courts, have a "constitutional" obligation to safeguard personal liberties and to uphold federal law.* **Stone v. Powell** *428 US 465, 96 S. Ct. 3037, 49 L. Ed. 2d 1067.*

**The United States Supreme Court:** *The obligation of state courts to give full effect to federal law is the same as that of federal courts.* **New York v. Eno.** *155 US 89, 15 S. Ct. 30, 39 L. Ed. 80.*

**The United States Supreme Court:** *An administrative agency may not finally decide the limits of its statutory powers; this is a judicial function.* **Social Security Board v. Nierotko.** *327 US 358, 66 S. Ct. 637, 162 ALR 1445, 90 L. Ed. 719*

## Venue

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## Plaintiff

**Heir / Affiant / Responder**: Joseph Johnson-Bey a Free White Person, Authorized Representative, Aboriginal / Indigene; In Propria Persona (and not Pro Se); Sui Juris, Sui Heredes, In Solo Proprio, Non-Domestic, Non-Resident, and Non-Subject.

**Nationality / Identity**: Moor / Muur / Moorish American – Aboriginal Natural Person of the Organic Land / 'The North Gate' - Al Moroc - North America.

**Status**: Free White Person , Aboriginal / Indigenous; Descendant of the Ancient Ones / Moabites / Muurs / Moors – Northwest Amexem / Northwest Africa / North America; Freehold by Birthright, Inheritance and Primogeniture Status.

**Continent**: Territorial Jurisdiction: Northwest Amexem / Northwest Africa / North America; Geographical Location – the Organic Lands of the Western Hemisphere (Al Moroccan / Americana); And Not a Subject, Not Foreign, nor an artificial, corporate - artifice, or fictional, 14th Amendment U.S. Citizen (created on paper).

Joseph Johnson-Bey , all rights reserved, as a "Citizen/National of the U.S.A.", Outside A "Federal District" within a non-military occupied private estate, not an enemy of the State under The Trading with The Enemy Act of 1933, The War Powers Act, The Emergency Banking Relief Act of 1873, and The Debt Relief Act of 1793, I am not a volunteer, subject to the jurisdiction, statute, codes, and regulations of the "United States Corporation". With special exclusive rights in Equity.

**"Jura Sanguinis Nullo Jure Civili Dirimi Possunt"**
**"The right of blood and kindred cannot be destroyed by any civil law"**

3

## Defendants

THE STATE OF TENNESSEE,
Bill Haslam
Office of the Governor
600 Charlotte Ave,
Memphis, Tennessee 37243

SHELBY COUNTY SHERIFF'S OFFICE
Sheriff Floyd Bonner
**Sheriff's** Office : 201 Poplar Ave.
Memphis, TN 38103

MEMPHIS POLICE DEPARTMENT
 201 Poplar Ave.
Memphis, TN 38103

James M. Lammey - Bar Member (STATE ACTOR)
Shelby County Courthouse
201 Poplar Ave.
Memphis, TN 38103

Tom Leith- Bar Member
STATE ATTORNEY OFFICE
2nd Floor 201 Poplar Ave.
Memphis, TN 38103

CRIMINIAL COURT CLERK
Heidi Kuhn
201 Poplar Ave.
Memphis, TN 38103

DIVISION OF BUSINESS SERVICE
Tre Hargett- Secretary of State
DEPARTMENT OF STATE
312 Rosa L. Parks Ave, 6th FL
Nashville, Tennessee 37243-1102

4

## Facts

In support of this petition I state for the record:

1. On January 6, 2019 I, Officer Joseph Johnson-Bey a Free White Person and a Foreign National to THE STATE OF TENNESSEE, was Traveling with my family in my private capacity in my private conveyance when I was charged by the Defendants on colorable charges of "Servicing a Warrant" which holds no Merit under Constitutional provisions.

2. The Defendants have willfully removed my title of Nobility and Nationality by labeling me as **"BLACK"** which is considered Libel and Slander and Defamation of Character even as evidenced by Suit(s) / Summons / Bill(s) of Exchange Instrument(s) Number #(s):C1809546 / C1809547 **(See EXHIBIT )**

3. My body was kidnapped and held for ransom for 121 days against my will with no verified claim on the record and was held even after it was clear that the court lacked jurisdiction.

4. Numerous correspondences were placed on the record to clear up any errors as far as my status to the State Actors from the Al Moroccan Federal Government and were recorded on Shelby County Recording Office records publicly. Even after presenting the evidence, the "Pretender" (according to **USC 18 Section 912**) refused to act in Good Faith and honor the documents. Instead chose to ignore and force further proceedings under Color of Law. **(See EXHIBIT )**

5. THE STATE OF TENNESSEE and its Agents have also manipulated and falsify documents time and time again by altering my name on documents by spelling the name in "ALL CAPS" which is an indication of CAPITIS DIMUNITIO MAXIMA which is NOT my status and also defaming my character by labeling me as "BLACK" even though my correct status has been recorded and filed publicly and have been misrepresenting me under COLOR OF LAW in order to denationalize me and fraudulently claim jurisdiction. Which is a violation of **USC Title 18 Section 1001**

6. I am being violated on my own ancestral estate as My "Nationality Identification" affirms my domicile being North America which meets the National ID Act and 1508 "Specially Mentioned Identifications" U.S.C. Title 18 section 1028. **(SEE EXHIBIT)** Therefore all defendants are deemed incompetent and ignorant to the law and are all guilty of enforcing colorable laws under stress, duress and coercion in violation of **U.S.C. Title 18 section 241, 242 and 245.**

7. THE STATE OF TENNESSEE through its agent(s), James M. Lammey (acting judge) and other parties have shown further fraud/ bad faith with the intent of causing harm and injury to my body by issuing a CAPIAS for my body even though it is very evident that the court lacks jurisdiction. This is absolute proof of the RICO violations and these individuals should be held fully accountable for these crimes against the people.

8. Also, the entity that you are looking for was born in 1975, watch means the entity would be 43 years old. I, Officer Joseph Johnson Bey standing squarely upon Divine Law, ascend to this earth, on the earth of February 19, 1979. That means that all these cases have no merit and are nun and void

## Legal Claims

The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.

"Bad faith" and "Fraud" are synonymous, and also synonyms of dishonesty, infidelity, faithlessness, perfidy, unfairness, etc. **Joiner v. Joiner, Tex. Civ. APP.,87 S.W. 2d 903, 914, 915**

A Treaty lawfully entered into stands on the same footing of supremacy as does the Constitution and Laws of the United States. It is generally self-operating in that it requires no legislation by either Congress or the state. **Asakura v. Seattle, 265 U.S. 332, 44 S. Ct. 515, 68 L. Ed. 1041**. A treaty must be regarded as a part of the law of the state as much as are the state's own statutes and it may override the power of the state even in respect of the great body of private relations which usually fall within the control of the state. The treaty-making power might even be superior to those powers which are reserved to the states. State of Missouri v. Holland, **252 U.S. 416, 40 S. Ct. 382, 64 L. Ed. 641, 11 A.L.R. 984**.

The power of the State in this respect follows from her sovereignty within her limits, as to all matters over which jurisdiction has not been expressly or by necessary implication transferred to "THE STATE OF TENNESSEE" and the Federal government. Such control would be foreign to the purposes for which the corporate state charters and Federal government was created, and would seriously embarrass the landed interests of the state." See also Pennoyer v. Neff, **95 U.S. 714, 715, 24 L. Ed. 565.**

Therefore, this is Prima Facie evidence that the Oath of office binds all Officers to their Constitutional Contract for which they have a fiduciary duty as trustees to uphold the Supreme Law of the land. Article VI of the Constitution for the United States of America (Republic) "SUPREMACY OF THE NATIONAL GOVERNMENT" Section 2 states "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

American case law clearly adjudicated that: "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them" Miranda v. Arizona, 384 U.S.

The Act of State Doctrine fortifies the independence of sovereign states when employed. All plainly stated grants of contractual authority evident in The Constitution for the United States of America (Republic) remain in place, subject to good faith performance of the accompanying obligations and Treaties.

Therefore as affirmed by American Jurisprudence State and Federal Conflicts of Law Constitution Law 75 Subsection 1 to 359, State Statutory provision must yield to any applicable provisions of any valid treaty of United States with Foreign Countries. Continuing part of supreme law of the land. Even state laws governing essentially local matters must yield to valid treaties when there is conflict between them. Treaty rights and use of international boundary streams cannot be interfered by state statures.

For a crime to exist, there must be an injured party (Corpus Delicti) There can be no sanction or penalty imposed on one because of this Constitutional right." Sherer v. Cullen

6

481 F. 945. "THE STATE OF TENNESSEE" is a Corporate fiction on paper and is not the Land and therefore cannot be Injured by a Natural Person Flesh and Blood and has no superior rights over any American National or Foreign National. *With no injured party, a complaint is invalid on its face*". Gibson v. Boyle, 139 Ariz. 512. Supreme courts ruled "Without Corpus delicti there can be no crime In every prosecution for crime it is necessary to establish the "corpus delicti", People v. Lopez, 62 Ca.Rptr. 47, 254 C.A.2d 185.

The State of Tennessee should immediately sua sponte inquire into their own jurisdiction to avoid burdening other branches with the necessity of proceedings. See Mengedoht v. Burch, No. 85-5671 CA-T (Fla. 18th Jud. Cir. Sept. 12, 1986). (agreeing inter alia, separation of powers and legislative privilege protected by constitutional principles).

Once a judge has knowledge that subject-matter jurisdiction is lacking, he has no discretion but to dismiss the action, and failure to do so subjects the judge to personal liability. See Morris v. Gilmer, 129 U.S. 315, 326-327 (1889). Relief

## The Enforcement of the following (Relief Stated):

1) Plaintiff demands judgment in the sum of $25,000,000.00 USD "Twenty Five Million" Federal Reserve Notes together with court cost which the court may assess. The Plaintiff, says the foregoing is a just and true statement of the amount owing by the Defendants to the Plaintiff, exclusive of all set-offs and just grounds of defense. I wish for the Bill to be paid in full within seven (7) days and trust in "Good Faith' this court will aid me in my claim for relief.

2) Plaintiff wishes for the assurance of Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

3) Plaintiff wishes for the agents of this court in "Good Faith" uphold their Oath of Office and instruct THE STATE OF TENNESSEE and its agents that they have violated the Act of State doctrine by knowingly or unknowingly denationalizing me and slandering my noble title by calling me a "Sovereign citizen" which is a misnomer at law, defamation of character, and a war tool to violate my Constitutionally secured rights to Due Process.

4) Plaintiff wishes for this court to construe the facts liberally from a common sense approach and affirm in its report that THE STATE OF TENNESSEE (through its agents) lacks jurisdiction to prosecute me in the pending state court case #19000495 , C1809547 ,C1809546, 1872642 for not traveling with a state Drivers License which was terminated voluntarily after finding out that it is a contract. I am in a contract with my Sovereign Nation and was issued an Al Moroccan Nationality Travel Card when I Declared my Nationality publicly.

5) Plaintiff seeks Injunctive relief and estoppel from this court against THE STATE OF TENNESSEE et al from constantly trying to attach the 14th amendment public trust to my body as collateral for its debts when I am currently being protected by Al Morocco.

6) Plaintiff wishes for an estoppel to be sent to Defendants from slandering and defaming my character by labeling me and other moors as "Sovereign Citizen" which creates purposeful injury and violations to my body and mind.

7) Plaintiff wishes for an Arrest Warrant to be executed by the United States Marshall Service immediately against the Defendants to prevent any further harm/ injuries and unlawful colorable acts.

8)  Plaintiff wishes that an injunction be issued and enforced against all defendants for future references as well. These actors have caused harm to my body in the past and is showing their intent to cause further harm UNDER COLOR OF LAW by issuing a CAPIAS for my body. Plaintiff wishes for a cease and desist of all contact and to be placed on the DO NOT STOP, DO NOT DETAIN DO NOT INTERROGATE list.

## Jurat

28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

Executed without the United States:

I, Joseph Johnson-Bey, Sui Juris Heir and Noble Affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __06-18-2019__

_Joseph Johnson Bey_
(Autograph)
A Free and Sovereign Al Moroccan National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America/ North Gate/ Turtle Island
All Rights Reserved & Retained Without Prejudice
Authorized Representative
Free White Person
FreeMoor #AA222141
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103




Moorish-Moroccan Flag


National Seal


Continental Flag

## Al Moroccan Empire
### ~ Societas Republicae Ea Al Maurikanos ~
**Moorish National Republic Federal Government**
*Northwest Amexem / Northwest Africa / North America.*
'The North Gate' - 'Turtle Island'
Aboriginal and Indigenous Natural Peoples of the Land.
The true and de jure Al Moroccans / Americans

# Affidavit of Financial Statement
(Exercise of Constitution – Secured Right)

From: **MOORISH NATION / MOORISH NATIONAL REPUBLIC**
**Joseph Johnson Bey** – 06143
Authorized Representative
Natural Person, In Propria Persona, Sui Juris Heir:
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
NorthWest Amexem, Washitaw Territory
**Mailing Location:**
c/o 7776 Birdwood Drive
near Memphis Territory, Tennessee Republic [Zip Exempt]
Non-Domestic via United States Mail

To: **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**
Clerk of Court
**ATTN: Susan Y. Yoong**
1301 Clay St #400S
Oakland, CA [94612]

### Notice of Judges and Officials' Oath – Bound Obligations and Fiduciary Duties

**Article VI**
"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

**Article 1, Section X**
"All debts shall be payable in gold or silver coin"

**Amendment V**
" No Person shall be deprived of due process of law"

I Affirm, for the Record, that I do not have, or possess, any gold or silver coins, as prescribed by United States Constitution Law, which is the lawful money to pay the restricting demands, conditionally commanded by Employees and Contractors of the Court. The said restrictions (unconstitutional) are arbitrarily (hindering Due Process) and imposed for processing these Documents, as stipulated in the United States Constitution noted above. Therefore, I submit this Writ "In Forma Pauperis", being an enjoyment and exercise of my unconditional and Constitutionally - Secured Rights (and not a feudal - fee - burdened privilege) to timely and speedily enforce Due Process of Law, as noted above.

Your demand for a "Financial Statements" is used as an instrument to deny me due process of law and my right to free access to the courts. I introduced evidence in the form of an Affidavit of Fact and marked as Evidence. Someone in the courts tampered with that evidence, which is a Federal Violation, and misrepresented it as a Motion which is discretionary and an assumption that permission must be requested to exercise my Constitutional Rights and an exercise of a right is a Constitutional Right, not a Request and this office knows that. This is a direct violation of my "Secured Constitutional / Treaty Rights which is the Supreme Law of the Land and "Stare Decisis" and a violation of your "Oath of Office". Furthermore as there is no law as prescribed in the United States Constitution stating a "Financial Statement, "Financial Fee (Feudal Law)", or a "Motion" requesting permission must be submitted in order to exercise my Constitutional

Rights, your demand is a violation of Amendment IX of the United States Constitution and a violation of your fiduciary duties.

**Amendment IX**
" The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people"

*Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them.* **Miranda v. Arizona 384 US 436, 125:**

As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Refusal of this 'Affidavit of Financial Statement' is construed to deny me timely 'Due Process' and will be a 'Colorable Act' to violate my secured exercise of a Right. Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

I Respectfully, with 'Good Faith' and with Honor, by right to unhindered Due – Process, submit this 'Affidavit of Financial Statement' and Evidence.

Thank You,

I Am: *Joseph Johnson-Bey* (signature)
**Joseph Johnson Bey 06143**
Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione – **JOSEPH LEROY JOHNSON©**
All Rights Reserved Allodial;:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
c/o 2226 MacArthur Boulevard
Near Oakland,Territory, California Republic [Zip Exempt]

Non-Domestic