# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DISTRICT

JOSEPH JOHNSON-BEY,

    Plaintiff,

v.                                                                                                   No. 2:19-cv-02479-MSN-tmp

JAMES M. LAMMEY, et al.,

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

Before the Court is the Magistrate Judge's Report and Recommendation, filed August 1, 2019 ("Report"). (ECF No. 14.) The Report recommends that this case be dismissed *sua sponte* pursuant to 28 U.S.C. § 1915(e)(2)(B). (*Id.* at PageID 4, 9.) For the reasons set forth herein, the Court **ADOPTS** the Report and **DISMISSES WITH PREJUDICE** Plaintiff's complaint.

Congress enacted 28 U.S.C. § 636 to relieve the burden on the federal judiciary by permitting the assignment of district court duties to magistrate judges. *See United States v. Curtis*, 237 F.3d 598, 602 (6th Cir. 2001) (citing *Gomez v. United States*, 490 U.S. 858, 869–70 (1989)); *see also Baker v. Peterson*, 67 Fed. Appx. 308, 310 (6th Cir. 2003). For dispositive matters, "[t]he district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. §636(b)(1). After reviewing the evidence, the court is free to accept, reject, or modify the magistrate judge's proposed findings or recommendations. 28 U.S.C. § 636(b)(1). The district court is not required to review—under a de novo or any other standard—those aspects of the report and recommendation to which no

objection is made.  *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).  The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed.  *See id.* at 151.

The deadline to object to the Report has passed, and Plaintiff has filed no objections.  The Court has reviewed the Report for clear error and finds none.  For the foregoing reasons, the Court **ADOPTS** the Report and **DISMISSES WITH PREJUDICE** Plaintiff's complaint.

**IT IS SO ORDERED**, this 19th day of August, 2019.

                                            s/ Mark S. Norris
                                            MARK S. NORRIS
                                            UNITED STATES DISTRICT JUDGE